# **EXHIBIT A**

| AOC-E-105 Sum Code: CI | | Case #: **17-CI-005423** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky |  | County: **JEFFERSON Circuit** |
| Court of Justice  Courts.ky.gov | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **FAUSZ, ELLA J VS. EXPERIAN INFORMATION SOLUTIONS, INC**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
     **306 W MAIN STREET**
     **SUITE 512**
     **FRANKFORT, KY 40601**

Memo: Related party is EXPERIAN INFORMATION SOLUTIONS, INC

The Commonwealth of Kentucky to Defendant:
**EXPERIAN INFORMATION SOLUTIONS, INC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **10/12/2017**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____                                    _____
                                                            Served By

                                                            _____
                                                            Title

Summons ID: 7148565247957@00000842393
CIRCUIT: 17-CI-005423 Certified Mail
FAUSZ, ELLA J VS. EXPERIAN INFORMATION SOLUTIONS, INC



Page 1 of 1

eFiled

Presiding Judge: HON. MITCH PERRY (630267)
Package: 000002 of 000009

Filed                17-CI-005423    10/12/2017          David L. Nicholson, Jefferson Circuit Clerk

CASE NO. _____                                JEFFERSON CIRCUIT COURT
                                                          DIVISION_____
                                                          JUDGE _____

ELLA J. FAUSZ                                                      PLAINTIFF

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

Serve:
C T Corporation System
306 W Main St
Suite 512
Frankfort, KY 40601

## COMPLAINT

The Plaintiff, Ella J. Fausz, by counsel, for her Complaint against Defendant, Experian Information Solutions, Inc., states as follows:

### INTRODUCTION

1. This is an action for actual damages, statutory damages, and punitive damages brought by Plaintiff against the Defendant for willful, knowing, and/or negligent violations of Chapter 41, the Consumer Credit Protection Credit Act, of Title 15 (Commerce and Trade) of the United States Code, specifically, 15 U.S.C. § 1681 et seq. (known as the "Fair Credit Reporting Act", hereafter the "*FCRA*"), which relates to the compilation and dissemination of consumer credit and other financial information. Plaintiff also asserts claims against Defendant for invasion of privacy, negligent or intentional infliction of emotional distress, and violation of

Package:000003 of 000009

Presiding Judge: HON. MITCH PERRY (630267)

Package : 000003 of 000009

Filed         17-CI-005423    10/12/2017          David L. Nicholson, Jefferson Circuit Clerk

Kentucky's Consumer Protection Act, KRS 367.170, and Computer Security Breach Notification Act, KRS 365.732.

## JURISDICTION AND VENUE

2. Plaintiff is a resident of Louisville, Jefferson County, Kentucky.

3. Defendant, Experian Information Solutions, Inc. ("*Defendant*" or "*Experian*"), is a limited liability company organized and existing under the laws of the State of Ohio and is engaged in the business of acquiring, using, furnishing, and disseminating consumer information in the Commonwealth of Kentucky. Experian has principal offices located in Costa Mesa, California. Experian is a "consumer reporting agency", as said term is defined and/or contemplated in the FCRA, with respect to the matters referenced herein.

4. Plaintiff seeks damages in excess of the minimum damages available in this Court.

5. This Court has jurisdiction over this action by virtue of KRS 23A.010 and Kentucky's Constitution § 112(5).

6. Venue in this Court is proper because the Plaintiff resides in this county, the conduct complained of occurred here, and Defendants transact business in this county.

## FACTS

7. Plaintiff applied for a T-Mobile account by supplying her personal identifiers and financial information to T-Mobile between September 1, 2013 and September 16, 2015.

8. Between approximately September 1, 2013 and September 16, 2015, an unknown third party breach Defendant's data servers and obtained sensitive and highly private information relating to the Plaintiff.

9.  On or about September 15, 2015, Defendant learned of the data breach and that the third party accessed and obtained sensitive personal information about the Plaintiff, including her name, address, social security number, birth date, and driver's license number, and other information relating to T-Mobile's credit assessment of Plaintiff. The accessed information constitutes a "credit report" as said term is defined and used in the FCRA.

10. On or about October 13, 2015, Plaintiff received a letter from Defendant wherein Defendant admitted the breach.

11. As a proximate cause of Defendant's failure to properly safeguard her private information, an unknown third party accessed and stole the information.

12. As a proximate result of Defendant's acts or omissions, including its delay in notifying law enforcement personnel and affected consumers, including Plaintiff, Plaintiff suffered actual harm, including invasion of privacy and emotional distress. Additionally, Plaintiff has been subjected to an imminent, immediate, and continuing risk of identity theft and identity fraud.

13. As a proximate consequence of Defendant's conduct as herein alleged, the Plaintiff is entitled to an award against Defendant in the form of actual damages, statutory damages, attorney's fees, and costs.

## COUNT I
## WILLFUL NONCOMPLIANCE WITH THE FCRA

14. Between approximately September 1, 2013 and September 16, 2015, Defendant willfully failed to comply with the requirements of the FCRA, by, inter alia:

    a. failing to maintain reasonable procedures designed to limit the furnishing of consumer reports to permissible purposes, in violation of 15 U.S.C. § 1681e(a); and,

Package:000005 of 000009
Presiding Judge: HON. MITCH PERRY (630267)
Package : 000005 of 000009

b. furnishing consumer reports under circumstances not authorized under Section 1681b(a) of the FCRA, in violation of 15 U.S.C. § 1681b(a).

15. As a result of the Defendant's willful violations of the FCRA, Plaintiff has suffered harm and the Defendant is liable to Plaintiff for actual damages, statutory damages, punitive damages, plus attorney's fees and costs.

## COUNT II
## NEGLIGENT NONCOMPLIANCE WITH THE FCRA

16. In the alternative, Defendant was negligent in failing to comply with the requirements of the FCRA and is liable to Plaintiff for actual damages, plus attorney's fees and costs.

## COUNT III
## NEGLIGENCE

16. Defendant owed Plaintiff a duty to protect and safeguard her private information.

17. Defendant failed to discharge its duties, resulting in dissemination of the information to others.

18. As a proximate result of Defendant's negligence, Plaintiff suffered actual harm, and Defendant is liable to Plaintiff for damages.

## COUNT IV
## VIOLATION OF KRS 367.170

17. Defendant violated the provisions of Kentucky's Consumer Protection Act by its use of unfair, false, misleading and/or deceptive acts or practices in the conduct of its trade or commerce.

18. As herein alleged, Defendant acted toward Plaintiff with oppression, fraud, and/or malice, warranting the imposition of punitive damages against Defendant.

Filed          17-CI-005423   10/12/2017          David L. Nicholson, Jefferson Circuit Clerk

19.  Pursuant to KRS 367.220, Plaintiff is entitled to an award of actual damages against Defendant, plus attorney's fees and costs.

20.  Pursuant to KRS 411.184(2), Plaintiff is entitled to an award of punitive damages against Defendant.

## COUNT V
## INVASION OF PRIVACY

21.  Between approximately September 1, 2013 and September 16, 2015, Defendant unreasonably intruded upon the privacy and seclusion of Plaintiff by, inter alia, allowing a third person to access the Plaintiff's private information.

22.  As a proximate result of said intrusion, Plaintiff suffered damages, the loss of privacy, and an increased risk of identity theft and fraud.

23.  At law, Plaintiff is entitled to an award of compensatory damages against Defendant.

24.  Pursuant to KRS 411.184(2), the Plaintiff is entitled to an award of punitive damages against Defendant.

## COUNT VI
## VVIOLATION OF KENTUCKY COMPUTER SECURITY BREACH NOTIFICATION ACT, KRS 365.732

25.  Pursuant to Kentucky's Computer Security Breach Notification Act, KRS 365.732, Defendant was required to accurately notify Plaintiff of a breach of its data security system in the most expedient time possible and without unreasonable delay.

26.  Defendant failed to discharge its statutory duties to Plaintiff, thereby causing damages to Plaintiff and entitling Plaintiff to pursue a private cause of action under KRS 446.070.

## COUNT VII
### INTENTIONAL OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

27. Defendant's conduct as herein alleged was intentional, reckless, or negligent.

28. Defendant's conduct was so outrageous and intolerable so as to offend generally accepted standards of morality and decency.

29. Defendant's conduct as herein alleged was a cause of Plaintiff's emotional distress.

30. Plaintiff's emotional distress was severe.

31. At law, Plaintiff is entitled to an award of compensatory damages against the Defendant.

32. Pursuant to KRS 411.184(2), Plaintiff is entitled to an award of punitive damages against the Defendant.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Ella J. Fausz, by counsel, demands a judgment against Defendant Experian Information Solutions, Inc., for the following relief:

a. actual damages;

b. statutory damages;

c. punitive damages;

d. attorney's fees and costs;

e. pre- and post-judgment interest; and,

f. any other relief to which Plaintiff may appear entitled.

Package:000008 of 000009
Presiding Judge: HON. MITCH PERRY (630267)
Package : 000008 of 000009

Filed                17-CI-005423    10/12/2017          David L. Nicholson, Jefferson Circuit Clerk

Respectfully submitted,

TAYLOR COUCH PLLC

/s/ Zachary L. Taylor
ZACHARY L. TAYLOR
2815 Taylorsville Road, Suite 101
Louisville, Kentucky 40205
Phone: (502) 625-5000
Fax: (502) 822-2500
ztaylor@taylorcouchlaw.com

*Counsel for Plaintiff*